**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04124 |
| | § | |
| CARLO P. PALLADINETTI | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/01/2011. The undersigned trustee was appointed on 02/01/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $7,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $15.33 |
   | Bank service fees | $264.65 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $6,720.02 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/09/2012 and the deadline for filing government claims was 03/09/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,450.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $660.14, for a total compensation of $660.14[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/20/2015                           By:   /s/ Horace Fox, Jr.
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1          Exhibit A

| Case No.: | 11-04124 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | PALLADINETTI, CARLO P. | | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 4/20/2015 | | §341(a) Meeting Date: | 03/16/2011 |
| | | | Claims Bar Date: | 03/09/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 6715 Longmeadow Lincolnwood, IL | $950,000.00 | $0.00 | | $0.00 | FA |
| 2 | Edgebrook Bank, Palladinetti & Associates, P.C. Account #2722 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Edgebrook Bank, Palladinetti & Associates, P.C. Account # 2748 (Payroll) | $0.00 | $0.00 | | $0.00 | FA |
| 4 | miscellaneous couches, tables, chairs, refrigerator, stove, microwave, washer, dryer, pots and pans, kitchen utensils, beds, dressers, nite stands, televisions | $1,750.00 | $0.00 | | $0.00 | FA |
| 5 | miscellaneous books | $100.00 | $100.00 | | $0.00 | FA |
| 6 | Necessary wearing apparel | $750.00 | $0.00 | | $0.00 | FA |
| 7 | Watch | $200.00 | $0.00 | | $0.00 | FA |
| 8 | Golf clubs | $150.00 | $150.00 | | $0.00 | FA |
| 9 | Homeowners insurance | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Palladinetti & Associates, PC 100% interest | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Palladinetti Properties & Development, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 12 | law license | $0.00 | $0.00 | | $0.00 | FA |
| 13 | 1997 Pontoon Boat | $1,200.00 | $0.00 | | $0.00 | FA |
| 14 | CBS LLC 1/2 interest (u) | $0.00 | $0.00 | | $0.00 | FA |
| 15 | 3731 N. St Louis, LLC (40%) (u) | $0.00 | $0.00 | | $0.00 | FA |
| 16 | 3005 N. Kolmar Ave., LLC (40%) (u) | $0.00 | $0.00 | | $0.00 | FA |
| 17 | 3935 Division, LLC (100%) (u) | $0.00 | $0.00 | | $0.00 | FA |
| 18 | 500 E. Lake St., LLC (100%) (u) | $0.00 | $0.00 | | $0.00 | FA |
| 19 | Paladin Property Ventures, LLC (50%) (u) | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| Case No.: | 11-04124 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PALLADINETTI, CARLO P. | | | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 4/20/2015 | | | §341(a) Meeting Date: | 03/16/2011 |
| | | | | Claims Bar Date: | 03/09/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20  Possible contribution claims v. various LLCa scheduled against:  Joe Quartana, The Payton Grp., John P. Barranco Lvg Tr (3935 division, LLC); Robert Brown, Susan Swift (CBS, LLC); Hector Rodriquez  Monica Binciguerra, Hugo Bianco ( 3731 N. St. Loiuis, LLC and  3005 N. Kolmar Ave., LLC); Luis Serrano ( Paladin Property Ventures, LLC) (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** several individuals have filed bankruptcy | | | | | |
| 21  possible legal malpractice claim v. R. Terence Kalina (u) | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** uncollectable | | | | | |
| 22  possible claim v. Albany Bank & Truste Co., arising out of Bank's settlemen t with co-guarantors Robert Brown and Susan Swift relating to CBS, LLC (u) | Unknown | $5,000.00 | | $5,000.00 | FA |
| **Asset Notes:** Bank counsel, Mr. Finke said the bank would pay 5,000 to buy those claims.  Debtor's counsel said he might pay to buy those claims. | | | | | |
| 23  investment in Wellington & Pulask, LLC (original investment $250,000) uncollectible (u) | Unknown | $1.00 | | $0.00 | FA |
| 24  loan to Joe Quaratana ($230,000) uncollectable Quaratana filed bankruptcy 2009 (u) | $0.00 | $1.00 | | $0.00 | FA |
| 25  claim v. Luis Serrano from interest in gas station at 4401 W. Fullerton, Chgo IL ( $80,000) uncollectible (u) | $0.00 | $1.00 | | $0.00 | FA |
| 26  claim against Ralph O. Perata ($150,000) uncollectible,  Peata filed bankruptcye in CA (u) | $0.00 | $1.00 | | $0.00 | FA |
| 27  claim against Wm T. Willis ($26,000) uncollectible, bankruptcy filed or to be filed (u) | $0.00 | $1.00 | | $0.00 | FA |
| 28  claim against OPatricia Randazzo ($5,000) uncollectible, filed bankruptcy. (u) | $0.00 | $1.00 | | $0.00 | FA |
| 29  membership in Union League Club (u) | $0.00 | $1.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 3    Exhibit A

| Case No.: | 11-04124 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PALLADINETTI, CARLO P. | | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 4/20/2015 | | §341(a) Meeting Date: | 03/16/2011 |
| | | | Claims Bar Date: | 03/09/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 30 | 1/5 interest in Pallidinetti Family Tr., ated May 21,2010, trust owns10 million shares of CMKM which are not transferable or saleable on any readily accessible market or exchange. Value $.0001 per share. (u) | Unknown | $2,000.00 | | $2,000.00 | FA |
| **Asset Notes:** | The SEC has filed a disgorgement suit against CMKM. Funds for a significant distribution have not yet been collected. Agreed to settle this claim for 2,000.00, awaiting funds. 4.3.14 | | | | | |
| 31 | 2009 tax refund, attempted to be payed forward to next year's estimated liability (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | No 2009 funds were used to pay future tax liability. 6.24.14 | | | | | |
| 32 | VOID | | $0.00 | | $0.00 | FA |
| 33 | 1503 Albion LLC (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | No market for this asset, debtor unwilling to make offer. | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $954,150.00 | $7,257.00 | | $7,000.00 | $0.00 |

**Major Activities affecting case closing:**

Waiting for surety check to clear to complete final report.

All 5 claim objections granted today, enter results.   Forward forms 1 and 2 to accountant.

5 claim objections set for 1.13.15.

Informed Mr. de 'Medici to object to the following secured claims: 6, 10, 13 and 17.

The last asset has been deposited.

Claims 6 and 13 are secured and require an objection. 9.18.14

Debtor paid $2,000 the day before the contempt motion was to be heard to buy back 1/5th interest in Palladinetti Trust.

Motion to compel turn over of funds from debtor, filed.  Funds turned over day before motion presented.  Case continued to 7.22.14 to consider fees for having brought motion.

Consider objections for two secured claims.

Motion to compel turnover of funds from debtor, in court, 7.10.14.  7.7.14

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 4    Exhibit A

| Case No.: | 11-04124 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PALLADINETTI, CARLO P. | | | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 4/20/2015 | | | §341(a) Meeting Date: | 03/16/2011 |
| | | | | Claims Bar Date: | 03/09/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Awaiting payment on claims against Albany Bank.

Sent another demand letter to debtor's attorney for 2009 and 2010 tax returns. Unsigned 2009 return (from Mr. Finke) paid 2010 future tax liability 69k.

Mr. Fink has been attempting to set up deposition of Mr. Torres ( officer at Belmont Bank ) debtor did lots of business with. Call him. 3.12.12

Motion filed to approve compromise with Albany Bank (sale of claims). Order entered 6.26.12

Mr. Schechter has offered 2,000, upon approval of compromise, to buy back the interest in the Palladinetti trustee.11.8.12

The Treasury Department has bank account with debtor funds in it. We need to file 2009 return and ask that they write me a check for 55k minus 16k he owes for 2009. 1.18.13

3.4.13 Provide accountant with last filed return, consult her about retreiving funds in the Treasury Department account.
2 thousand dollar offer, to be paid upon approval of the sale of 1/5th of the Palladinetti Family Trust. 3.21.13

Obtain tax transcript for year in which case filed to determine if debtor actually attempted to pay following year's tax liability early. 7.29.13

Asked Mr. de 'Medici to file motion to approve sale of Palladinetti Trust to debtor. 10.25.13

Reviewed draft of motion to sell Palladinetti trust to bankruptcy estate. 11.12.13 Set for 1.7.14 (correct motion to read Palla trust, not law practice. 12.27.13

Motion to sell interest in Palladinetti trust to debtor was entered today. 2.11.14 Payment will take 30 days.

3.22.14 e-mail reminder to Mr. Schechter re payment.

4.23.14 reminder to Mr. Schechter re: payment for 1/5 interest in Palladinetti trust.

Asked Mr. de 'Medici's assistance in getting settlement paid, by filing a motion to compel 6.6.14

Since debtor did not pay 2010 taxes with refund from 2009 taxes, potential asset has no value. 6.24.14

I have asked Mr. de 'Medici to get involved to compel payment of compromise amount from debtor to pay for 1/5th interest in Palladinetti trust. 6.27.14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 5   Exhibit A

| **Case No.:** | 11-04124 | | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | PALLADINETTI, CARLO P. | | | **Date Filed (f) or Converted (c):** | 02/01/2011 (f) |
| **For the Period Ending:** | 4/20/2015 | | | **§341(a) Meeting Date:** | 03/16/2011 |
| | | | | **Claims Bar Date:** | 03/09/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Further amendments necessary and tax returns not provided.  New potential assets added 8.11.11 (will amend) continued meeting of creditors 9.14.11 for further questioning on them.

The only asset is the 5,000.00 the bank says it will pay to by claims against Mr. Finke's client and that debtor says he will counter.  Sent an e-mail request for either to buy the claims. 2.7.12

Mr. Juan Carlos offered 2,000 to purchase the estate's interest in the Palladinetti trust, through Mr. Schechter, contingent upon court approval.  4.12.13

Debtor pre-paid $69,000+ estimated 2010 federal tax liability.  The IDOR would be the significant beneficiary if we recovered the money.

IRS, today said they have no record of a 2009 or 2010 federal tax return having been filed.  My copy of what was represented to me as a 2009 filed return shows a 69,021 amount applied to next year's return.   Copy to bdm 1.18.13

Mtn to sell bk estate interest in trust for 2K set in court 1.7.14.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 | **Current Projected Date Of Final Report (TFR):** | 05/01/2015 | /s/ HORACE FOX, JR. |
| | | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04124 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PALLADINETTI, CARLO P. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1925 | | | Checking Acct #: | ******2401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/1/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/20/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2012 | (22) | Albany Bank & Trust Bank Company N.A. | purchase of Albany Bank claims from bankruptcy estate | 1249-000 | $5,000.00 | | $5,000.00 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.56 | $4,998.44 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.84 | $4,989.60 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.01 | $4,982.59 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.04 | $4,974.55 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.28 | $4,966.27 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.49 | $4,958.78 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.00 | $4,950.78 |
| 02/05/2013 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $5.87 | $4,944.91 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.21 | $4,937.70 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.96 | $4,929.74 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.69 | $4,922.05 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.45 | $4,913.60 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.16 | $4,906.44 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.91 | $4,898.53 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.41 | $4,890.12 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.12 | $4,883.00 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.87 | $4,875.13 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.86 | $4,867.27 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.60 | $4,859.67 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.34 | $4,851.33 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.07 | $4,844.26 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.31 | $4,836.95 |
| 04/01/2014 | 5002 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $4.11 | $4,832.84 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.54 | $4,825.30 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.03 | $4,817.27 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.27 | $4,810.00 |

**SUBTOTALS** $5,000.00 $190.00

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-04124 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PALLADINETTI, CARLO P. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1925 | | | Checking Acct #: | ******2401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/1/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/20/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/10/2014 | (30) | Palladinetti & Associates, P.C. | 1/5 interest in Pallidinetti Family Tr., ated May 21,2010, trust owns 10 million shares of CMKM which are not transferable or saleable on any readily accessible market or exchange. Value $.0001 per share. | 1229-000 | $2,000.00 | | $6,810.00 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.63 | $6,800.37 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.32 | $6,789.05 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.24 | $6,778.81 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.64 | $6,767.17 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.86 | $6,757.31 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.90 | $6,746.41 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $11.23 | $6,735.18 |
| 02/26/2015 | 5003 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $5.35 | $6,729.83 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.81 | $6,720.02 |
| | | | **TOTALS:** | | $7,000.00 | $279.98 | $6,720.02 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $7,000.00 | $279.98 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $7,000.00 | $279.98 | |

| For the period of 2/1/2011 to 4/20/2015 | | For the entire history of the account between 07/25/2012 to 4/20/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,000.00 | Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 | Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $279.98 | Total Compensable Disbursements: | $279.98 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $279.98 | Total Comp/Non Comp Disbursements: | $279.98 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04124 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PALLADINETTI, CARLO P. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1925 | Checking Acct #: | ******2401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/1/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/20/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $7,000.00 | $279.98 | $6,720.02 |

**For the period of 2/1/2011 to 4/20/2015**

| | |
|---|---|
| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $279.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $279.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/01/2011 to 4/20/2015**

| | |
|---|---|
| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $279.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $279.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

| Case No.: | 11-04124 | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PALLADINETTI, CARLO P. | | | | Date: | 4/20/2015 |
| Claims Bar Date: | 03/09/2012 | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR. 6 East Monroe Suite 1004 Chicago IL 60603 | 08/05/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,450.00 | $660.14 | $0.00 | $0.00 | $0.00 | $660.14 |
| **Claim Notes:** | Mr. de 'Medici has written his fee down to 3500 and has no objection to trustee fee. | | | | | | | | | | | |
| * 13 | SLM FINANCIAL CORPORATION c/o James Garvey and William Thorsness Vedder Price P.C. 222 North LaSalle Street, Suite 2600 Chicago IL 60601 | 03/09/2012 | Real Estate - Consensual Liens | Disallowed | 4110-000 | $0.00 | $1,010,591.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed, Make no distribution. | | | | | | | | | | | |
| | BRUCE DE 'MEDICI 17W703 Butterfield Rd., Oak Brook Terrace IL 60181 | 12/10/2014 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $8,492.50 | $3,500.00 | $0.00 | $0.00 | $0.00 | $3,500.00 |
| **Claim Notes:** | Counsel voluntarily reduced fee sought to 3500.00. | | | | | | | | | | | |
| 4 | CITY OF CHICAGO - DEPARTMENT OF REVENUE C/O TALAN & KTSANES 223 W JACKSON - SUITE 512 CHICAGO IL 60606 | 12/21/2011 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $1,040.00 | $854.34 | $854.34 | $0.00 | $0.00 | $0.00 | $854.34 |
| **Claim Notes:** | (4-1) C4-52804 | | | | | | | | | | | |
| 14 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P O Box 64338 Chicago IL 60664-0338 | 03/09/2012 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $319,389.45 | $319,389.45 | $0.00 | $0.00 | $0.00 | $319,389.45 |

* There is an objection filed for this claim

Page No: 2        Exhibit C

## CLAIM ANALYSIS REPORT

| Case No.: | 11-04124 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PALLADINETTI, CARLO P. | | | Date: | 4/20/2015 |
| Claims Bar Date: | 03/09/2012 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PROVEST REALTY SERVICES, INC. 1751 D #248 W. Howard Chicago IL 60626 | 07/19/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,530,739.07 | $1,530,739.07 | $0.00 | $0.00 | $0.00 | $1,530,739.07 |
| 2 | MICHELLE ODISHIO C/O A.J PERAICA 5130 S. Archer Chicago IL 60632 | 12/16/2011 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $140,000.00 | $140,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN INFO SOURCE LP AS AGENT FOR ASTI-VATIV POB 248838 Oklahoma City OK 73124883 | 04/16/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,334.80 | $2,334.80 | $0.00 | $0.00 | $0.00 | $2,334.80 |
| 5 | ALBERTO CABRERA  Springer Brown Covey Gaetner & Davis LLC attn: D Brown 400 S County Farm Rd #330 Wheaton IL 60187 | 12/21/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $350,000.00 | $350,000.00 | $350,000.00 | $0.00 | $0.00 | $0.00 | $350,000.00 |
| * 6 | DAVID J. AXELROD & ASSOCIATES Attorney for Downes Swimming Pool Co., I 1448 Old Skokie Road, Suite C Highland Park IL 60035 | 12/28/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $820.85 | $820.85 | $0.00 | $0.00 | $0.00 | $820.85 |

**Claim Notes:**   Object, I sold no asset secured by this lien.  8.1.14

Objection partially granted and claim 6 is Disallowed as a secured claim, but is solely allowed as a prepetition , unsecured, non-priority claim

* There is an objection filed for this claim

CLAIM ANALYSIS REPORT                                Page No: 3        Exhibit C

| Case No.: | 11-04124 | | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PALLADINETTI, CARLO P. | | | | | | | | Date: | 4/20/2015 |
| Claims Bar Date: | 03/09/2012 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 01/13/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $10,401.00 | $10,401.59 | $10,401.59 | $0.00 | $0.00 | $0.00 | $10,401.59 |
| **Claim Notes:** | (7-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 8 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington DE 19886-5102 | 01/19/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $26,573.87 | $26,573.87 | $0.00 | $0.00 | $0.00 | $26,573.87 |
| 9 | PROFESSIONALS ASSOCIATED SURVEY INC<br>7100 N Tripp Ave<br>Lincolwood IL 60712 | 01/25/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $34,387.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ALBANY BANK & TRUST COMPANY<br>c/o Jeffrey Finke<br>55 W. Wacker Dr., #1400<br>Chicago IL 60601 | 03/06/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $200,000.00 | $168,748.36 | $168,748.36 | $0.00 | $0.00 | $0.00 | $168,748.36 |
| **Claim Notes:** | amended claim, $168,748.36 filed unsecured 8.6.14 | | | | | | | | | | | |
| * 11 | KARINA CAULFIELD<br><br>c/o Richard E. Steck<br>19 South LaSalle Street, Suite 1500<br>Chicago IL 60603 | 03/06/2012 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $500,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (11-1) legal malpractice and fraud | | | | | | | | | | | |

Claim 11 is disallowed and entitled to no distribution.

* There is an objection filed for this claim

# CLAIM ANALYSIS REPORT

| Case No.: | 11-04124 | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PALLADINETTI, CARLO P. | | | | | Date: | 4/20/2015 |
| Claims Bar Date: | 03/09/2012 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * 12 | GEORGE CHRISTOS<br><br>c/o Richard E Steck, Esq.<br>19 S. LaSalle, 15th Floor<br>Chicago IL 60603 | 03/06/2012 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $500,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (12-1) legal malpractice and fraud<br>Make no distribution | | | | | | | | | | | |
| 15 | CAROL DOMB<br><br>210 W. Rittenhouse Square<br>Apt. 1101<br>Philadelphia PA 19103 | 03/09/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $40,000.00 | $40,000.00 | $0.00 | $0.00 | $0.00 | $40,000.00 |
| 16 | MARY PALLADINETTI<br><br>5158 West Avenue<br>Ocean City NJ 08226 | 03/09/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $60,000.00 | $60,000.00 | $0.00 | $0.00 | $0.00 | $60,000.00 |
| 17 | NORTHBROOK BK & TR CO., SUCCESSOR TO FIRST BK & TR<br>Dyk o'Neal Inc., servicer for Northbrook Bk & Tr Co.<br>POB 13370<br>Arlington TX 76094 | 04/03/2014 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $265,487.54 | $265,487.54 | $0.00 | $0.00 | $0.00 | $265,487.54 |
| **Claim Notes:** | Judgment marked unsecured, no box in claim form checked in secured box, but memorandum of judgment attached. | | | | | | | | | | | |
| | | | | | | $4,935,883.86 | $2,779,510.01 | $0.00 | $0.00 | $0.00 | $0.00 | $2,779,510.01 |

* There is an objection filed for this claim

## CLAIM ANALYSIS REPORT

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 11-04124 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | PALLADINETTI, CARLO P. | | **Date:** | 4/20/2015 |
| **Claims Bar Date:** | 03/09/2012 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Fees (Other Firm) | $8,492.50 | $3,500.00 | $0.00 | $0.00 | $0.00 | $3,500.00 |
| Claims of Governmental Units - 507( | $320,243.79 | $320,243.79 | $0.00 | $0.00 | $0.00 | $320,243.79 |
| General Unsecured 726(a)(2) | $3,329,618.54 | $2,189,618.54 | $0.00 | $0.00 | $0.00 | $2,189,618.54 |
| Real Estate - Consensual Liens | $1,010,591.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured 726(a)(3) | $265,487.54 | $265,487.54 | $0.00 | $0.00 | $0.00 | $265,487.54 |
| Trustee Compensation | $1,450.00 | $660.14 | $0.00 | $0.00 | $0.00 | $660.14 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 11-04124
Case Name: CARLO P. PALLADINETTI
Trustee Name: Horace Fox, Jr.

Balance on hand: $6,720.02

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $6,720.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| Horace Fox, Jr., Trustee Fees | $660.14 | $0.00 | $660.14 |
| Bruce de 'Medici, Attorney for Trustee Fees | $3,500.00 | $0.00 | $3,500.00 |

Total to be paid for chapter 7 administrative expenses: $4,160.14
Remaining balance: $2,559.88

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,559.88

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $320,243.79 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | ---: | ---: | ---: |
| 4 | CITY OF CHICAGO - DEPARTMENT OF REVENUE | $854.34 | $0.00 | $6.83 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 14 | Illinois Department of Revenue | $319,389.45 | $0.00 | $2,553.05 |

Total to be paid to priority claims:  $2,559.88
Remaining balance:  $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,189,618.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Provest Realty Services, Inc. | $1,530,739.07 | $0.00 | $0.00 |
| 3 | American Info Source LP as agent for Asti-Vativ | $2,334.80 | $0.00 | $0.00 |
| 5 | Alberto Cabrera | $350,000.00 | $0.00 | $0.00 |
| 6 | David J. Axelrod & Associates | $820.85 | $0.00 | $0.00 |
| 7 | American Express Bank, FSB | $10,401.59 | $0.00 | $0.00 |
| 8 | FIA CARD SERVICES, N.A. | $26,573.87 | $0.00 | $0.00 |
| 9 | Professionals Associated Survey Inc | $0.00 | $0.00 | $0.00 |
| 10 | Albany Bank & Trust Company | $168,748.36 | $0.00 | $0.00 |
| 15 | Carol Domb | $40,000.00 | $0.00 | $0.00 |
| 16 | Mary Palladinetti | $60,000.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:  $0.00
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $265,487.54 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 17 | Northbrook Bk & Tr Co., successor to | $265,487.54 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

| | First Bk & Tr | | | |
|---|---|---|---|---|

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**