# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-04124 |
| | § | |
| CARLO P. PALLADINETTI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/12/2015, in Courtroom 644, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   04/20/2015                    By:  /s/ Horace Fox, Jr.
                                                  Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04124 |
| | § | |
| CARLO P. PALLADINETTI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $7,000.00
*and approved disbursements of* $279.98
*leaving a balance on hand of[1]:* $6,720.02

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $6,720.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $660.14 | $0.00 | $660.14 |
| Bruce de 'Medici, Attorney for Trustee Fees | $3,500.00 | $0.00 | $3,500.00 |

Total to be paid for chapter 7 administrative expenses: $4,160.14
Remaining balance: $2,559.88

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,559.88

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $320,243.79 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | CITY OF CHICAGO - DEPARTMENT OF REVENUE | $854.34 | $0.00 | $6.83 |
| 14 | Illinois Department of Revenue | $319,389.45 | $0.00 | $2,553.05 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $2,559.88 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,189,618.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Provest Realty Services, Inc. | $1,530,739.07 | $0.00 | $0.00 |
| 3 | American Info Source LP as agent for Asti-Vativ | $2,334.80 | $0.00 | $0.00 |
| 5 | Alberto Cabrera | $350,000.00 | $0.00 | $0.00 |
| 6 | David J. Axelrod & Associates | $820.85 | $0.00 | $0.00 |
| 7 | American Express Bank, FSB | $10,401.59 | $0.00 | $0.00 |
| 8 | FIA CARD SERVICES, N.A. | $26,573.87 | $0.00 | $0.00 |
| 9 | Professionals Associated Survey Inc | $0.00 | $0.00 | $0.00 |
| 10 | Albany Bank & Trust Company | $168,748.36 | $0.00 | $0.00 |
| 15 | Carol Domb | $40,000.00 | $0.00 | $0.00 |
| 16 | Mary Palladinetti | $60,000.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid to timely general unsecured claims: | $0.00 |
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $265,487.54 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 17 | Northbrook Bk & Tr Co., successor to First Bk & Tr | $265,487.54 | $0.00 | $0.00 |

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
| | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | Total to be paid for subordinated claims: | $0.00 |
| | Remaining balance: | $0.00 |

Prepared By: /s/ Horace Fox, Jr.
Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST Form 101-7-NFR (10/1/2010)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-04124-PSH
Carlo P. Palladinetti                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: rgreen              Page 1 of 3              Date Rcvd: Apr 20, 2015
                               Form ID: pdf006           Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2015.
```
db              +Carlo P. Palladinetti,    6715 Longmeadow Avenue,    Lincolnwood, IL 60712-3209
16753921        +Albany Bank & Trust Company,    c/o Jeffrey Finke,    55 W. Wacker Dr., #1400,
                  Chicago, IL 60601-1799
19308115        +Alberto Cabrera,    c/o Ian Brenson,    1030 S. LaGrange Road,    La Grange, IL 60525-2800
16753922        +Alberto Cabrera,    Springer Brown Covey,   Gaetner & Davis LLC attn: D Brown,
                  400 S County Farm Rd #330,    Wheaton IL 60187-4547
16753923        +Alpine Capital Investment,    c/o Albert Law Firm PC,    205 W. Randolph St., Suite 920,
                  Chicago, IL 60606-1814
16753924         American Express,    P.O. Box 981537,   El Paso, TX 79998-1537
18358696         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17664279         Atlantic City Electric,    3205 Arctic Avenue,    Atlantic City, NJ 08401
16753925        +Atlantic Mortgage Co., Inc.,    3145 N. Cicero Avenue,    Chicago, IL 60641-5110
18376686       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,
                  Wilmington, DE 19886-5102)
16753927        +Belmont Bank and Trust,    8250 Belmont Ave,    Chicago, IL 60634-2809
16753929        +Broadway Bank,    c/o Dizonno Law Group LLC,    One Pierce Place,   Itasca, IL 60143-1253
16753931        +CBS, LLC,    c/o Vedder Price PC,   222 N. LaSalle St.,    Chicago, IL 60601-1003
16753932         CCS/Bryant State Bank,    500 E. 69th St. N,    Sioux Falls, SD 57104
18282222        +CITY OF CHICAGO - DEPARTMENT OF REVENUE,     C/O TALAN & KTSANES,   223 W JACKSON - SUITE 512,
                  CHICAGO, IL 60606-6904
16753930         Capital One,    P.O. Box 30281,   Salt Lake City, UT 84130-0281
17664280       #+Carol Domb,    210 W. Rittenhouse Square,    Apt. 1101,   Philadelphia, PA 19103-5772
16753933        +Chase Bank USA, N.A.,    P.O. Box 15298,    Wilmington, DE 19850-5298
16753934        +City of Chicago,    c/o Talan and Ktsanes,    300 W. Adams St., #840,   Chicago, IL 60606-5109
18301015        +David J. Axelrod & Associates,    Attorney for Downes Swimming Pool Co., I,
                  1448 Old Skokie Road, Suite C,    Highland Park, IL 60035-3041
16753936        +Downers Swimming,    c/o David J. Axelrod,    1448 Old Skokie Road,
                  Highland Park, IL 60035-3040
20600709        +Dyck-O’Neal, Inc. as servicer for,    Northbrook Bank and Trust Co.,    PO Box 13370,
                  Arlington, TX 76094-0370
17664281        +Edgebrook Bank Chicago,    6000 W. Touhy Avenue,    Chicago, IL 60646-1277
16753937       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                  GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,     Customer Service MD 109064,
                  38 Fountain Square Plz.,    Cincinnati, OH 45263)
16945399        +Ferrell Gas,    c/o Williams & Williams,    1612 N.E. Expressway,   Atlanta, GA 30329-2003
16753938        +First Chicago Bank & Trust,    c/o Polsinelli Shalton Welte,    161 N. Clark St., #4200,
                  Chicago, IL 60601-3316
16753939         First National Bank,    500 E. 60th St. N.,    Sioux Falls, SD 57104-0478
16753940        +First Premier Bank,    3820 N. Louise Ave,    Sioux Falls, SD 57107-0145
16753941        +Foot Specialists,    c/o FFCC-Columbus Inc.,    PO Box 20790,   Columbus, OH 43220-0790
17664282        +George Chirstos,    c/o Richard E. Steck,    19 South LaSalle Street, Suite 1500,
                  Chicago, IL 60603-1413
18578909        +George Christos,    c/o Richard E Steck, Esq.,    19 S. LaSalle, 15th Floor,
                  Chicago, IL 60603-1401
17664283        +Gotham Corporation,    c/o Nicholas S. Lane,    35 East Wacker Drive,   Chicago, IL 60601-2314
16753942        +Hector Rodriguez,    3145 N. Cicero Avenue,    Chicago, IL 60641-5110
16753943        +Hoy Publications,    c/o Jack H. Rottner,    P.O. Box 10417,   Chicago, IL 60610-0417
16753944        +Hugo Blanco,    c/o Thomas Herington,    5332 W. Windsor Avenue,   Chicago, IL 60630-3759
16945417         Illinois Department of Revenue,    Bankruptcy Section,    P O Box 64338,   Chicago IL 60664-0338
16753945         Illinois Dept. of Revenue,    P. O. Box 19026,    Springfield, IL 62794-9026
16753946        +Jefferson County,    c/o Professioan Placement Services,    316 N. Milwaukee St., Ste 410,
                  Milwaukee, WI 53202-5888
17664287        +Karina Caulfield,    c/o Richard E. Steck,    19 South LaSalle Street, Suite 1500,
                  Chicago, IL 60603-1413
16945400        +Lawndale News,    5533 W. 25th Street,    Cicero, IL 60804-3319
17664288        +Luis Serrano,    4024 W. Montrose Avenue,    Chicago, IL 60641-2140
16753947        +MB Financial Bank,    c/o Ruff Weidenaar & Reidy Ltd,    222 N. LaSalle St, #700,
                  Chicago, IL 60601-1024
17664289        +Mary Palladinetti,    5158 West Avenue,    Ocean City, NJ 08226-1363
16753948        +Michelle Odisho,    c/o Anthony J. Peraica,    5130 S. Archer Avenue,   Chicago, IL 60632-4857
16753949        +Monica Binciguerra,    c/o Thomas Herington,    5332 W. Windsor,   Chicago, IL 60630-3759
16945401         New Jersey American Water,    c/o Penn Credit Corporation,    P.O. Box 988,
                  Harrisburg, PA 17108-0988
16945403        +Park & Longstreet, P.C.,    2775 Algonquin Road,    Suite 270,   Rolling Meadows, IL 60008-3835
16753951        +Patricia Palladinetti,    6715 Longmeadow,    Lincolnwood, IL 60712-3209
16753953        +Peoples Gas,    c/o State Collection Services,    2509 S. Stoughton Road,
                  Madison, WI 53716-3314
16753954        +Peoples Gas Light & Coke Co.,    130 E. Randolph,    Chicago, IL 60601-6207
16753955        +Professionals Associated,    c/o Paul L. Leeds,    100 W. Monroe St., #301,
                  Chicago, IL 60603-1973
18403588        +Professionals Associated Survey Inc,    7100 N Tripp Ave,    Lincolnwood, IL 60712-2206
18403587        +Professionals Associated Survey Inc,    7100 N Tripp Ave,    Licolwood, IL 60712-2206
17557452         Provest Realty Services, Inc.,    1751 D #248 W. Howard Street,    Chicago, IL 60626
```

```
District/off: 0752-1           User: rgreen                Page 2 of 3                   Date Rcvd: Apr 20, 2015
                               Form ID: pdf006             Total Noticed: 72


19308114       +Provest Realty Services, Inc.,    c/o Law Offices of David Freydin,
                 8707 Skokie Blvd, Suite 305,    Skokie, IL 60077-2281
17664290       +Robert Brown,    6525 N. Kilbourn Avenue,    Lincolnwood, IL 60712-3436
18596751       +SLM Financial Corporation,    c/o James Garvey and William Thorsness,    Vedder Price P.C.,
                 222 North LaSalle Street, Suite 2600,    Chicago, IL 60601-1104
16753957       +Sallie Mae Financial Corp,    6000 Commerce Pkwy,    Suite A,   Mount Laurel, NJ 08054-2226
16753958       +Sprint,    c/o ER Solutions,    800 SW 39th Street,    Renton, WA 98057-4975
16753959       +Susan Swift,    c/o Vedder Price PC,    222 N. LaSalle St,    Chicago, IL 60601-1104
16945404       +T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
16753960        Verizon New Jersey Inc.,    500 Technology Dr., Suite 300,    Saint Charles, MO 63304-2225
16753961       +WCI,    P.O. Box 97029,    Redmond, WA 98073
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18275075        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 21 2015 01:15:33
                 American InfoSource LP as agent for Asta-Vativ,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
16753928       +E-mail/Text: mmeyers@blittandgaines.com Apr 21 2015 01:23:41     Blitt and Gaines, P.C.,
                 661 Glenn Ave.,    Wheeling, IL 60090-6017
16945416       +E-mail/Text: legalcollections@comed.com Apr 21 2015 01:23:32     ComEd Company,
                 3 Lincoln Center,    Attn: Claims Department,    Oak Brook IL 60181-4204
16753935       +E-mail/Text: legalcollections@comed.com Apr 21 2015 01:23:32     Commonwealth Edison,
                 c/o Commonwealth Edison,    Three Lincoln Center,    Oak Brook, IL 60181-4204
20535275       +E-mail/Text: lweidhaas@dyckoneal.com Apr 21 2015 01:21:57     Dyck-O’Neal Inc,   POB 13370,
                 Arlington, TX 76094-0370
16945402        Fax: 847-227-2151 Apr 21 2015 02:12:43     Northshore University Health System,
                 c/o Medical Recovery Specialists,    2250 Devon Avenue, Suite 352,    Des Plaines, IL 60018-4519
16753950       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Apr 21 2015 01:23:47     Otolaryngology Group,
                 c/o Armor Systems Corporation,    1700 Kiefer Dr. Suite 1,   Zion, IL 60099-5105
16753952       +E-mail/Text: bankruptcy@icsystem.com Apr 21 2015 01:23:17     Peoples Gas,
                 c/o I C Systems, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
16753956       +E-mail/Text: bkcorrespondence@oorcm.com Apr 21 2015 01:23:14     Rush University Medical Center,
                 c/o Absolute Collection Service,    421 Fayettville Street Mall # 600,    Raleigh, NC 27601-1777
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16945398        Atlantic City Electric
17664285        John P. Barranco Living Trust
17664291        The Payton Group
17664284*      +Hugo Blanco,    c/o Thomas Herington,    5332 W. Windsor Avenue,    Chicago, IL 60630-3759
16945397      ##+Ankle & Foot Specialists,    7437 N. Harlem Avenue,    Niles, IL 60714-3701
16753926      ##+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
17664286      ##+Joseph Quartana,    4019 W. Warwick,    Chicago, IL 60641-3143
                                                                                   TOTALS: 3, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: rgreen              Page 3 of 3             Date Rcvd: Apr 20, 2015
                              Form ID: pdf006           Total Noticed: 72
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2015 at the address(es) listed below:

```
          Bruce E de'Medici    on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
          David  Brown, ESQ    on behalf of Creditor Alberto  Cabrera dbrown@springerbrown.com,
           jkrafcisin@springerbrown.com
          David  Freydin    on behalf of Creditor    Provest Realty Services, Inc. as assignee of Edgebrook
           Bank david.freydin@freydinlaw.com,  elmhurst@freydinlaw.com
          Horace  Fox, JR    on behalf of Attorney Bruce E Medici foxhorace@aol.com,
           hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
          Horace  Fox, JR    foxhorace@aol.com,
           hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
          James V Garvey    on behalf of Creditor    SLM Financial Corporation jgarvey@vedderprice.com,
           kokeefe@vedderprice.com;ecfdocket@vedderprice.com
          Jason  Lawrence Pyrz    on behalf of Creditor    First Chicago Bank & Trust jpyrz@polsinelli.com
          Jean  Soh    on behalf of Creditor    Northbrook Bank & Trust Co., as successor to First Chicago
           Bank & Trust jsoh@polsinelli.com,  chicagodocketing@polsinelli.com
          Jeffrey W Finke    on behalf of Creditor    Albany Bank and Trust Company, N.A.
           jwfinke@mindspring.com
          Joel A Schechter, ESQ    on behalf of Debtor Carlo P. Palladinetti joelschechter@covad.net
          Joshua D. Greene    on behalf of Creditor Alberto  Cabrera jgreene@springerbrown.com,
           iprice@springerbrown.com
          Nicole K Fishkin    on behalf of Creditor Alberto  Cabrera nfishkin@otrlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter J Schmidt    on behalf of Creditor    Northbrook Bank & Trust Co., as successor to First
           Chicago Bank & Trust pschmidt@polsinelli.com,  chicagodocketing@polsinelli.com
          William W Thorsness    on behalf of Creditor    SLM Financial Corporation
           wthorsness@vedderprice.com,  ecfdocket@vedderprice.com;ahesla@vedderprice.com
                                                                                             TOTAL: 15
```