**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04124 |
| | § | |
| CARLO P. PALLADINETTI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $935,250.00 | Assets Exempt: | $18,900.00 |
| Total Distributions to Claimants: | $2,559.88 | Claims Discharged Without Payment: | $5,627,332.36 |
| Total Expenses of Administration: | $4,440.12 | | |

3) Total gross receipts of $7,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,744,803.00 | $1,010,591.49 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $10,222.48 | $5,229.98 | $4,440.12 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $1,040.00 | $320,243.79 | $320,243.79 | $2,559.88 |
| General Unsecured Claims (from **Exhibit 7**) | $3,589,330.37 | $3,595,106.08 | $2,455,106.08 | $0.00 |
| **Total Disbursements** | $5,335,173.37 | $4,936,163.84 | $2,780,579.85 | $7,000.00 |

   4). This case was originally filed under chapter 7 on 02/01/2011. The case was pending for 52 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 06/12/2015                By:   /s/ Horace Fox, Jr.
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1/5 interest in Pallidinetti Family Tr., ated May 21,2010, trust owns10 million shares of CMKM which are not transferabl | 1229-000 | $2,000.00 |
| possible claim v. Albany Bank & Truste Co., arising out of Bank's settlemen t with co-guarantors Robert Brown and Susan | 1249-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | $7,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | SLM Financial Corporation | 4110-000 | $0.00 | $1,010,591.49 | $0.00 | $0.00 |
| | Belmont Bank and Trust | 4110-000 | $1,144,803.00 | $0.00 | $0.00 | $0.00 |
| | Broadway Bank | 4110-000 | $600,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,744,803.00 | $1,010,591.49 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $1,450.00 | $1,450.00 | $660.14 |
| Arthur B. Levine Company | 2300-000 | NA | $5.35 | $5.35 | $5.35 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $4.11 | $4.11 | $4.11 |
| International Sureties, Ltd. | 2300-000 | NA | $5.87 | $5.87 | $5.87 |
| Green Bank | 2600-000 | NA | $264.65 | $264.65 | $264.65 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $8,492.50 | $3,500.00 | $3,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,222.48 | $5,229.98 | $4,440.12 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | CITY OF CHICAGO - DEPARTMENT OF REVENUE | 5800-000 | $1,040.00 | $854.34 | $854.34 | $6.83 |
| 14 | Illinois Department of Revenue | 5800-000 | $0.00 | $319,389.45 | $319,389.45 | $2,553.05 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,040.00 | $320,243.79 | $320,243.79 | $2,559.88 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Provest Realty Services, Inc. | 7100-000 | $0.00 | $1,530,739.07 | $1,530,739.07 | $0.00 |
| 2 | Michelle Odishio c/o A.J Peraica | 7100-000 | $140,000.00 | $140,000.00 | $0.00 | $0.00 |
| 3 | American Info Source LP as agent for Asti-Vativ | 7100-000 | $0.00 | $2,334.80 | $2,334.80 | $0.00 |
| 5 | Alberto Cabrera | 7100-000 | $350,000.00 | $350,000.00 | $350,000.00 | $0.00 |
| 6 | David J. Axelrod & Associates | 7100-000 | $0.00 | $820.85 | $820.85 | $0.00 |
| 7 | American Express Bank, FSB | 7100-000 | $10,401.00 | $10,401.59 | $10,401.59 | $0.00 |
| 8 | FIA CARD SERVICES, N.A. | 7100-000 | $0.00 | $26,573.87 | $26,573.87 | $0.00 |
| 9 | Professionals Associated Survey Inc | 7100-000 | $34,387.00 | $0.00 | $0.00 | $0.00 |
| 10 | Albany Bank & Trust Company | 7100-000 | $200,000.00 | $168,748.36 | $168,748.36 | $0.00 |
| 11 | Karina Caulfield | 7100-000 | $0.00 | $500,000.00 | $0.00 | $0.00 |
| 12 | George Christos | 7100-000 | $0.00 | $500,000.00 | $0.00 | $0.00 |
| 15 | Carol Domb | 7100-000 | $0.00 | $40,000.00 | $40,000.00 | $0.00 |
| 16 | Mary Palladinetti | 7100-000 | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| 17 | Northbrook Bk & Tr Co., successor to First Bk & Tr | 7200-000 | $0.00 | $265,487.54 | $265,487.54 | $0.00 |
| | Alpine Capital Investment | 7100-000 | $20,913.42 | $0.00 | $0.00 | $0.00 |
| | Ankle & Foot Specialists | 7100-000 | $270.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Atlantic City Electric | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Atlantic Mortgage Co., Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank of America | 7100-000 | $26,573.00 | $0.00 | $0.00 | $0.00 |
| Capital One | 7100-000 | $950.00 | $0.00 | $0.00 | $0.00 |
| CBS, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| CCS/Bryant State Bank | 7100-000 | $6.00 | $0.00 | $0.00 | $0.00 |
| Chase Bank USA, N.A. | 7100-000 | $20,913.00 | $0.00 | $0.00 | $0.00 |
| Chase Bank USA, N.A. | 7100-000 | $10,246.00 | $0.00 | $0.00 | $0.00 |
| Commonwealth Edison | 7100-000 | $5,003.43 | $0.00 | $0.00 | $0.00 |
| Downers Swimming | 7100-000 | $1,792.12 | $0.00 | $0.00 | $0.00 |
| Ferrell Gas | 7100-000 | $2,668.19 | $0.00 | $0.00 | $0.00 |
| Fifth Third Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| First Chicago Bank & Trust | 7100-000 | $300,000.00 | $0.00 | $0.00 | $0.00 |
| First National Bank | 7100-000 | $6.00 | $0.00 | $0.00 | $0.00 |
| First Premier Bank | 7100-000 | $7.00 | $0.00 | $0.00 | $0.00 |
| Hector Rodriguez | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hoy Publications | 7100-000 | $11,335.07 | $0.00 | $0.00 | $0.00 |
| Jefferson County | 7100-000 | $264.00 | $0.00 | $0.00 | $0.00 |
| Lawndale News | 7100-000 | $750.00 | $0.00 | $0.00 | $0.00 |
| MB Financial Bank | 7100-000 | $1,600,000.00 | $0.00 | $0.00 | $0.00 |
| New Jersey American Water | 7100-000 | $663.85 | $0.00 | $0.00 | $0.00 |
| Northshore University Health System | 7100-000 | $1,346.40 | $0.00 | $0.00 | $0.00 |
| Otolaryngology Group | 7100-000 | $20.00 | $0.00 | $0.00 | $0.00 |
| Park & Longstreet, P.C. | 7100-000 | $1,035.56 | $0.00 | $0.00 | $0.00 |
| Peoples Gas | 7100-000 | $306.00 | $0.00 | $0.00 | $0.00 |
| Peoples Gas | 7100-000 | $297.00 | $0.00 | $0.00 | $0.00 |
| Peoples Gas | 7100-000 | $730.00 | $0.00 | $0.00 | $0.00 |
| Peoples Gas | 7100-000 | $35,991.00 | $0.00 | $0.00 | $0.00 |
| Peoples Gas Light & Coke Co. | 7100-000 | $518.00 | $0.00 | $0.00 | $0.00 |
| Rush University | 7100-000 | $123.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Medical Center |  |  |  |  |  |
| Sallie Mae Financial Corp | 7100-000 | $806,796.00 | $0.00 | $0.00 | $0.00 |
| Sprint | 7100-000 | $2,468.00 | $0.00 | $0.00 | $0.00 |
| Susan Swift | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| T-Mobile | 7100-000 | $2,434.33 | $0.00 | $0.00 | $0.00 |
| Verizon New Jersey Inc. | 7100-000 | $116.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $3,589,330.37 | $3,595,106.08 | $2,455,106.08 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 11-04124 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | PALLADINETTI, CARLO P. | | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 6/12/2015 | | §341(a) Meeting Date: | 03/16/2011 |
| | | | Claims Bar Date: | 03/09/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 6715 Longmeadow Lincolnwood, IL | $950,000.00 | $0.00 | | $0.00 | FA |
| 2 | Edgebrook Bank, Palladinetti & Associates, P.C. Account #2722 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Edgebrook Bank, Palladinetti & Associates, P.C. Account # 2748 (Payroll) | $0.00 | $0.00 | | $0.00 | FA |
| 4 | miscellaneous couches, tables, chairs, refrigerator, stove, microwave, washer, dryer, pots and pans, kitchen utensils, beds, dressers, nite stands, televisions | $1,750.00 | $0.00 | | $0.00 | FA |
| 5 | miscellaneous books | $100.00 | $100.00 | | $0.00 | FA |
| 6 | Necessary wearing apparel | $750.00 | $0.00 | | $0.00 | FA |
| 7 | Watch | $200.00 | $0.00 | | $0.00 | FA |
| 8 | Golf clubs | $150.00 | $150.00 | | $0.00 | FA |
| 9 | Homeowners insurance | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Palladinetti & Associates, PC 100% interest | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Palladinetti Properties & Development, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 12 | law license | $0.00 | $0.00 | | $0.00 | FA |
| 13 | 1997 Pontoon Boat | $1,200.00 | $0.00 | | $0.00 | FA |
| 14 | CBS LLC 1/2 interest  (u) | $0.00 | $0.00 | | $0.00 | FA |
| 15 | 3731 N. St Louis, LLC (40%)  (u) | $0.00 | $0.00 | | $0.00 | FA |
| 16 | 3005 N. Kolmar Ave., LLC (40%)  (u) | $0.00 | $0.00 | | $0.00 | FA |
| 17 | 3935 Division, LLC (100%)  (u) | $0.00 | $0.00 | | $0.00 | FA |
| 18 | 500 E. Lake St., LLC (100%)  (u) | $0.00 | $0.00 | | $0.00 | FA |
| 19 | Paladin Property Ventures, LLC (50%)  (u) | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 11-04124 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PALLADINETTI, CARLO P. | | | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 6/12/2015 | | | §341(a) Meeting Date: | 03/16/2011 |
| | | | | Claims Bar Date: | 03/09/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20  Possible contribution claims v. various LLCa scheduled against: Joe Quartana, The Payton Grp., John P. Barranco Lvg Tr (3935 division, LLC); Robert Brown, Susan Swift (CBS, LLC); Hector Rodriquez Monica Binciguerra, Hugo Bianco ( 3731 N. St. Loiuis, LLC and 3005 N. Kolmar Ave., LLC); Luis Serrano ( Paladin Property Ventures, LLC) (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:   several individuals have filed bankruptcy | | | | | |
| 21  possible legal malpractice claim v. R. Terence Kalina (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:   uncollectable | | | | | |
| 22  possible claim v. Albany Bank & Truste Co., arising out of Bank's settlemen t with co-guarantors Robert Brown and Susan Swift relating to CBS, LLC (u) | Unknown | $5,000.00 | | $5,000.00 | FA |
| Asset Notes:   Bank counsel, Mr. Finke said the bank would pay 5,000 to buy those claims.  Debtor's counsel said he might pay to buy those claims. | | | | | |
| 23  investment in Wellington & Pulask, LLC (original investment $250,000) uncollectible (u) | Unknown | $1.00 | | $0.00 | FA |
| 24  loan to Joe Quaratana ($230,000) uncollectable Quaratana filed bankruptcy 2009 (u) | $0.00 | $1.00 | | $0.00 | FA |
| 25  claim v. Luis Serrano from interest in gas station at 4401 W. Fullerton, Chgo IL ( $80,000) uncollectible (u) | $0.00 | $1.00 | | $0.00 | FA |
| 26  claim against Ralph O. Perata ($150,000) uncollectible, Peata filed bankruptcye in CA (u) | $0.00 | $1.00 | | $0.00 | FA |
| 27  claim against Wm T. Willis ($26,000) uncollectible, bankruptcy filed or to be filed (u) | $0.00 | $1.00 | | $0.00 | FA |
| 28  claim against OPatricia Randazzo ($5,000) uncollectible, filed bankruptcy. (u) | $0.00 | $1.00 | | $0.00 | FA |
| 29  membership in Union League Club (u) | $0.00 | $1.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3      Exhibit 8

| Case No.: | 11-04124 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PALLADINETTI, CARLO P. | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 6/12/2015 | §341(a) Meeting Date: | 03/16/2011 |
| | | Claims Bar Date: | 03/09/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 30 | 1/5 interest in Pallidinetti Family Tr., ated May 21,2010, trust owns10 million shares of CMKM which are not transferable or saleable on any readily accessible market or exchange. Value $.0001 per share. (u) | Unknown | $2,000.00 | | $2,000.00 | FA |
| Asset Notes: | The SEC has filed a disgorgement suit against CMKM. Funds for a significant distribution have not yet been collected. Agreed to settle this claim for 2,000.00, awaiting funds. 4.3.14 | | | | | |
| 31 | 2009 tax refund, attempted to be payed forward to next year's estimated liability (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | No 2009 funds were used to pay future tax liability. 6.24.14 | | | | | |
| 32 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 33 | 1503 Albion LLC (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | No market for this asset, debtor unwilling to make offer. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                                **Gross Value of Remaining Assets**
$954,150.00    $7,257.00    $7,000.00    $0.00

**Major Activities affecting case closing:**

Corrected final report to UST.
Waiting for surety check to clear to complete final report.
All 5 claim objections granted today, enter results.   Forward forms 1 and 2 to accountant.
5 claim objections set for 1.13.15.
Informed Mr. de 'Medici to object to the following secured claims: 6, 10, 13 and 17.

The last asset has been deposited.
Claims 6 and 13 are secured and require an objection. 9.18.14
Debtor paid $2,000 the day before the contempt motion was to be heard to buy back 1/5th interest in Palladinetti Trust.
Motion to compel turn over of funds from debtor, filed.  Funds turned over day before motion presented.  Case continued to 7.22.14 to consider fees for having brought motion.

Consider objections for two secured claims.
Motion to compel turnover of funds from debtor,  in court, 7.10.14.  7.7.14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4    Exhibit 8

| Case No.: | 11-04124 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PALLADINETTI, CARLO P. | | | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 6/12/2015 | | | §341(a) Meeting Date: | 03/16/2011 |
| | | | | Claims Bar Date: | 03/09/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Awaiting payment on claims against Albany Bank.

Sent another demand letter to debtor's attorney for 2009 and 2010 tax returns. Unsigned 2009 return (from Mr. Finke) paid 2010 future tax liability 69k.

Mr. Fink has been attempting to set up deposition of Mr. Torres ( officer at Belmont Bank ) debtor did lots of business with. Call him. 3.12.12

Motion filed to approve compromise with Albany Bank (sale of claims). Order entered 6.26.12

Mr. Schechter has offered 2,000, upon approval of compromise, to buy back the interest in the Palladinetti trustee.11.8.12

The Treasury Department has bank account with debtor funds in it. We need to file 2009 return and ask that they write me a check for 55k minus 16k he owes for 2009. 1.18.13

3.4.13 Provide accountant with last filed return, consult her about retreiving funds in the Treasury Department account.
2 thousand dollar offer, to be paid upon approval of the sale of 1/5th of the Palladinetti Family Trust. 3.21.13

Obtain tax transcript for year in which case filed to determine if debtor actually attempted to pay following year's tax liability early. 7.29.13

Asked Mr. de 'Medici to file motion to approve sale of Palladinetti Trust to debtor. 10.25.13

Reviewed draft of motion to sell Palladinetti trust to bankruptcy estate. 11.12.13 Set for 1.7.14 (correct motion to read Palla trust, not law practice. 12.27.13

Motion to sell interest in Palladinetti trust to debtor was entered today. 2.11.14 Payment will take 30 days.

3.22.14 e-mail reminder to Mr. Schechter re payment.

4.23.14 reminder to Mr. Schechter re: payment for 1/5 interest in Palladinetti trust.

Asked Mr. de 'Medici's assistance in getting settlement paid, by filing a motion to compel 6.6.14

Since debtor did not pay 2010 taxes with refund from 2009 taxes, potential asset has no value. 6.24.14

I have asked Mr. de 'Medici to get involved to compel payment of compromise amount from debtor to pay for 1/5th interest in Palladinetti trust. 6.27.14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 5    Exhibit 8

| **Case No.:** | 11-04124 | | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | PALLADINETTI, CARLO P. | | | **Date Filed (f) or Converted (c):** | 02/01/2011 (f) |
| **For the Period Ending:** | 6/12/2015 | | | **§341(a) Meeting Date:** | 03/16/2011 |
| | | | | **Claims Bar Date:** | 03/09/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Further amendments necessary and tax returns not provided.  New potential assets added 8.11.11 (will amend) continued meeting of creditors 9.14.11 for further questioning on them.

The only asset is the 5,000.00 the bank says it will pay to by claims against Mr. Finke's client and that debtor says he will counter.  Sent an e-mail request for either to buy the claims. 2.7.12

Mr. Juan Carlos offered 2,000 to purchase the estate's interest in the Palladinetti trust, through Mr. Schechter, contingent upon court approval.  4.12.13

Debtor pre-paid $69,000+ estimated 2010 federal tax liability.  The IDOR would be the significant beneficiary if we recovered the money.

IRS, today said they have no record of a 2009 or 2010 federal tax return having been filed.  My copy of what was represented to me as a 2009 filed return shows a 69,021 amount applied to next year's return.   Copy to bdm 1.18.13

Mtn to sell bk estate interest in trust for 2K set in court 1.7.14.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 | **Current Projected Date Of Final Report (TFR):** | 05/01/2015 | /s/ HORACE FOX, JR. |
| | | | | HORACE FOX, JR. |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04124 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PALLADINETTI, CARLO P. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1925 | | | Checking Acct #: | ******2401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/1/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/12/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2012 | (22) | Albany Bank & Trust Bank Company N.A. | purchase of Albany Bank claims from bankruptcy estate | 1249-000 | $5,000.00 | | $5,000.00 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.56 | $4,998.44 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.84 | $4,989.60 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.01 | $4,982.59 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.04 | $4,974.55 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.28 | $4,966.27 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.49 | $4,958.78 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.00 | $4,950.78 |
| 02/05/2013 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $5.87 | $4,944.91 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.21 | $4,937.70 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.96 | $4,929.74 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.69 | $4,922.05 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.45 | $4,913.60 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.16 | $4,906.44 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.91 | $4,898.53 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.41 | $4,890.12 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.12 | $4,883.00 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.87 | $4,875.13 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.86 | $4,867.27 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.60 | $4,859.67 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.34 | $4,851.33 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.07 | $4,844.26 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.31 | $4,836.95 |
| 04/01/2014 | 5002 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $4.11 | $4,832.84 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.54 | $4,825.30 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.03 | $4,817.27 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.27 | $4,810.00 |

**SUBTOTALS**    $5,000.00    $190.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04124 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PALLADINETTI, CARLO P. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1925 | | | Checking Acct #: | ******2401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 2/1/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/12/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/10/2014 | (30) | Palladinetti & Associates, P.C. | 1/5 interest in Pallidinetti Family Tr., ated May 21,2010, trust owns10 million shares of CMKM which are not transferable or saleable on any readily accessible market or exchange.  Value $.0001 per share. | 1229-000 | $2,000.00 | | $6,810.00 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.63 | $6,800.37 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.32 | $6,789.05 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.24 | $6,778.81 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.64 | $6,767.17 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.86 | $6,757.31 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.90 | $6,746.41 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $11.23 | $6,735.18 |
| 02/26/2015 | 5003 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $5.35 | $6,729.83 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $9.81 | $6,720.02 |
| 05/12/2015 | 5004 | Bruce de 'Medici | Final  Account Number: ; Claim #: ; Dividend: 52.08; Amount Allowed: 3,500.00;  Notes: Counsel voluntarily reduced fee sought to 3500.00.; Account Number: ; Distribution Dividend: {$v | 3210-000 | | $3,500.00 | $3,220.02 |
| 05/12/2015 | 5005 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $660.14 | $2,559.88 |
| 05/12/2015 | 5006 | CITY OF CHICAGO - DEPARTMENT OF REVENUE | Final  Account Number: ; Claim #: 4; Dividend: 0.10; Amount Allowed: 854.34;  Notes:  (4-1) C4-52804; Account Number: ; Distribution Dividend: {$v | 5800-000 | | $6.83 | $2,553.05 |
| 05/12/2015 | 5007 | Illinois Department of Revenue | Final  Account Number: ; Claim #: 14; Dividend: 37.99; Amount Allowed: 319,389.45;  Notes: ; Account Number: ; Distribution Dividend: {$v | 5800-000 | | $2,553.05 | $0.00 |

**SUBTOTALS**   $2,000.00   $6,810.00

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04124 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | PALLADINETTI, CARLO P. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1925 | | Checking Acct #: | ******2401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/1/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/12/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $7,000.00 | $7,000.00 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $7,000.00 | $7,000.00 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $7,000.00 | $7,000.00 | |

**For the period of 2/1/2011 to 6/12/2015**

| | |
|---|---|
| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/25/2012 to 6/12/2015**

| | |
|---|---|
| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-04124 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PALLADINETTI, CARLO P. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1925 | Checking Acct #: | ******2401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/1/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/12/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $7,000.00 | $7,000.00 | $0.00 |

**For the period of 2/1/2011 to 6/12/2015**

| | |
|---|---|
| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/01/2011 to 6/12/2015**

| | |
|---|---|
| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.